**Incomplete, CONVERTED, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:14-bk-32277-NB

|  |  |
|---|---|
| *Assigned to:* Neil W. Bason | *Date filed:* 12/01/2014 |
| Chapter 7 | *Date converted:* 05/05/2015 |
| Previous chapter 13 | *341 meeting:* 07/28/2015 |
| Original chapter 13 | *Deadline for objecting to discharge:* 11/02/2015 |
| Voluntary | *Deadline for financial mgmt. course:* 08/10/2015 |
| No asset |  |

*Debtor*
**Joseph A Gayton**
11850 Maple St
Whittier, CA 90601
LOS ANGELES-CA
SSN / ITIN: xxx-xx-2457
*aka* **Joseph Gayton**

represented by **Joseph A Gayton**
PRO SE

*Trustee*
**Kathy A Dockery (TR)**
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
(213) 996-4400
*TERMINATED: 05/05/2015*

*Trustee*
**David A Gill (TR)**
Danning, Gill, Diamond & Kollitz
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4402
(310) 201-2407

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/29/2015 | 69<br>(43 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 11850 Maple Street, Whittier, California 90601 *with Proof of Service*. Fee Amount $176, Filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15 (Attachments: # 1 Exhibit) (Estle, Mark) (Entered: 06/29/2015) |
| 06/29/2015 | | Receipt of Motion for Relief from Stay - Real Property(2:14-bk-32277-NB) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 40262330. Fee amount 176.00. (re: Doc# 69) (U.S. Treasury) (Entered: 06/29/2015) |
| 06/29/2015 | 70 | Hearing Set (RE: related document(s)69 Motion for Relief from Stay - Real Property filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15) The Hearing date is set for 7/21/2015 at 10:00 AM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. The case judge is Neil W. Bason (Ghaltchi (Johnson), Dina) (Entered: 06/29/2015) |
| 07/20/2015 | 71<br>(27 pgs) | Emergency motion for extension of time to file objection to relief from stay Filed by Debtor Joseph A Gayton (Sumlin, Sharon E.) (Entered: 07/20/2015) |
| 07/20/2015 | 72<br>(1 pg) | Declaration of Joseph Gaytan Filed by Debtor Joseph A Gayton (RE: related document(s)71 Emergency motion). (Sumlin, Sharon E.) (Entered: 07/20/2015) |
| 07/29/2015 | 73<br>(8 pgs; 2 docs) | Notice of lodgment *of Order in Bankruptcy Case, with Proof of Service* Filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15 (RE: related document(s)69 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 11850 Maple Street, Whittier, California 90601 *with Proof of Service*. Fee Amount $176, Filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15 (Attachments: # 1 Exhibit)). (Attachments: # 1 Exhibit) (Estle, Mark) (Entered: 07/29/2015) |

| | | | |
|---|---|---|---|
| 07/29/2015 | | | Chapter 7 Trustee's Report of No Distribution: I, David A Gill (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): Not Available, Assets Exempt: Not Available, Claims Scheduled: Not Available, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Available. Filed by Trustee David A Gill (TR) (RE: related document(s)49 Meeting of Creditors 341(a) meeting to be held on 6/10/2015 at 09:00 AM at RM 2, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. Cert. of Financial Management due by 8/10/2015. Last day to oppose discharge or dischargeability is 11/2/2015. (Sumlin, Sharon E.)). (Gill (TR), David) (Entered: 07/29/2015) |
| 07/29/2015 | | 74<br>(6 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 69 ) Signed on 7/29/2015 (Huerta, Gabriela) (Entered: 07/29/2015) |
| 07/31/2015 | | 75<br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)74 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 07/31/2015. (Admin.) (Entered: 07/31/2015) |
| 08/12/2015 | | 76<br>(14 pgs) | Motion to Reconsider (related documents 74 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) Filed by Debtor Joseph A Gayton (Huerta, Gabriela) (Entered: 08/13/2015) |
| 08/27/2015 | | 77<br>(5 pgs) | Order Denying Motion To Reconsideration (BNC-PDF) (Related Doc # 76) Signed on 8/27/2015. (Sumlin, Sharon E.) (Entered: 08/27/2015) |

| | | |
|---|---|---|
| 08/29/2015 | [78](#) (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)77 Order on Motion To Reconsider (BNC-PDF)) No. of Notices: 1. Notice Date 08/29/2015. (Admin.) (Entered: 08/29/2015) |
| 09/09/2015 | [79](#) (4 pgs) | Notice of Appeal and Statement of Election to U.S. District Court - . Fee Amount $298.00 (FEE NOT PAID); filed by Debtor Joseph A Gayton (RE: related document(s)74 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF), 77 Order on Motion To Reconsider (BNC-PDF)). Appellant Designation due by 9/23/2015. (Milano, Sonny) (Entered: 09/10/2015) |
| 09/10/2015 | [80](#) (10 pgs) | Notice of Referral of Appeal to the United States District Court, Central District of California; with Notice of Appeal Service List. (RE: related document(s)79 Notice of Appeal and Statement of Election (Official Form 17A) filed by Debtor Joseph A Gayton) (Milano, Sonny) (Entered: 09/10/2015) |
| 09/10/2015 | [81](#) (1 pg) | Notice of Appeal Deficiency to Appellant [FRBP 8003(a)] - Notice of Appeal Filing Fee Not Paid; Does Not Include the Title of Order, Judgment or Decree; Does Not Include Entered Stamped Copy of Order, Judgment or Decree. (RE: related document(s)79 Notice of Appeal and Statement of Election (Official Form 17A) filed by Debtor Joseph A Gayton) (Milano, Sonny) (Entered: 09/10/2015) |
| 09/14/2015 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 01. Receipt Number 20199374. (admin) (Entered: 09/15/2015) |
| 09/14/2015 | | Receipt of Appeal Late Filing Fee - $0.00 by 01. Receipt Number 20199374. (admin) (Entered: 09/15/2015) |