


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

FILED
CLERK, U.S. DISTRICT COURT
9/15/15
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

CV15-7250-JVS

# MEMORANDUM

Date: 9/15/15
To: U. S. District Judge  James V. Selna
From: Chris Sawyer , Deputy Clerk, U. S. District Court

Upon review, it appears that this bankruptcy appeal is defective for the following reason(s):

1) Lack of Jurisdiction

☐ The order being appealed was never entered on the Bankruptcy Court Docket. (FRBP 8002 and 9021)

☐ The Notice of Appeal was filed beyond the fourteen (14) day time period allowed. [FRBP 8002 and 9006]

   Date of entry of order being appealed: _____

   Date of filing of Notice of Appeal: _____

2) Lack of Prosecution by the Appellant

It appears that Appellant has failed to:
☒ Pay the filing fee [28 USC Section 1930(b) and (c)]
☐ File the statement of issues (FRBP 8006)
☐ File the designation of record (FRBP 8006)
☐ File a transcript order notice which is required whether or not the Appellant wishes to include a transcript in the record [FRBP 8006, FRAP 10(b)(1) and 9th Cir. R 10-3]
☐ File the transcript(s) (FRBP 8006)
  ☐ Fees for transcript(s) not paid
  ☐ Extension of time granted. New deadline _____
☐ Complete the record (reasons why unknown)
☐ File an opening brief (FRBP 8009)
☐ Other _____