UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 15-7250 JVS**  (2:14-bk-32277 NB) | Date | October 27, 2015 |
| Title | In re Joseph A. Gaytan: Joseph A. Gaytan v. The Bank of New York Mellon | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS)  Order Setting Hearing on Bankruptcy Appeal**

   The Court, having received the Certificate of Readiness from the Clerk of the Bankruptcy Court, hereby sets the hearing on the Bankruptcy Appeal in the above referenced case for January 4, 2016 at 3:00 p.m.

Initials of Preparer    kjt