# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 15-7250 JVS**  (2:14-bk-32277 NB) | Date  December 8, 2015 |
| Title | In re Joseph A. Gaytan: Joseph A. Gaytan v. The Bank of New York Mellon | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **Order Granting Appellant's Motion for Extension of Time to File Initial Brief**

The Court, having received and considered Appellant's Motion for Extension of Time to File Initial Brief filed on December 4, 2015, hereby GRANTS the appellant's motion.

The Court ORDERS appellant to file his initial brief not later than January 15, 2016.   Responsive briefing shall be filed in accordance with the time frames set forth in the briefing schedule issued October 26, 2015 (Docket No. 9).

The Court FURTHER ORDERS that the hearing on the bankruptcy appeal is CONTINUED to March 7, 2016 at 3:00 p.m.

Initials of Preparer   kjt