UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 15-7250 JVS**   (2:14-bk-32277 NB) | Date January 12, 2016 |
| Title | In re Joseph A. Gaytan: Joseph A. Gaytan v. The Bank of New York Mellon | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **Order Granting Appellant's Motion for Extension of Time to File Initial Brief**

The Court, having received and considered Appellant's Motion for 2nd Extension of Time to File Initial Brief filed on January 8, 2016, hereby GRANTS the appellant's motion.

The Court ORDERS appellant to file his initial brief not later than February 13, 2016.   Responsive briefing shall be filed in accordance with the time frames set forth in the briefing schedule issued October 26, 2015 (Docket No. 9).

The Court FURTHER ORDERS that the hearing on the bankruptcy appeal is CONTINUED to April 18, 2016 at 3:00 p.m.

| | Initials of Preparer | kjt |
|---|---|---|