UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 15-7250 JVS**  (2:14-bk-32277 NB) | Date | February 11, 2016 |
| Title | In re Joseph A. Gaytan: Joseph A. Gaytan v. The Bank of New York Mellon | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **Order Granting Appellant's Motion for 3rd Extension of Time to File Initial Brief**

The Court, having received and considered Appellant's Motion for 3rd Extension of Time to File Initial Brief filed on February 9, 2016, hereby GRANTS the appellant's motion.

The Court ORDERS appellant to file his initial brief not later than March 25, 2016. Responsive briefing shall be filed in accordance with the time frames set forth in the briefing schedule issued October 26, 2015 (Docket No. 9).

The Court FURTHER ORDERS that the hearing on the bankruptcy appeal is CONTINUED to May 23, 2016 at 3:00 p.m.

Initials of Preparer    kjt