```
```
Mark D. Estle, Esq. (CA Bar No. 135004)
Erica T. Loftis, Esq. (CA Bar No. 259286)
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092
Mark.Estle@BuckleyMadole.com

Counsel for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| JOSEPH A. GAYTAN<br><br>Appellant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15,<br><br>Appellee. | Case No. 2:15-CV-07250-JVS<br><br>Honorable Judge James V. Selma<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPELLEE'S OPPOSITION TO PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION AGAINST ALL DEFENDANTS** |

Appellee The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15 ("BONY"), by and through its counsel of record, Buckley Madole, P.C. hereby requests tha, for the purpose of supporting its Opposition to Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction Against All Defendants, that the Court take judicial notice pursuant to Federal Rules of Evidence, Rule 201 of the following:

**Exhibit "1"**- A true and correct copy of the Deed of Trust recorded on August 1, 2006 as Document No. 06-1700977 in the Official Records of the Los Angeles County Recorder's Office;

///

1

1 **Exhibit "2"**- A true and correct copy of the Assignment of Deed of Trust recorded on recorded on August 29, 2011 as Document No. 20111167336 in the Official Records of the Los Angeles County Recorder's Office;

**Exhibit "3"**- A true and correct copy of the Notice of Default and Election to Sell Under Deed of Trust recorded on June 24, 2014 as Document No. 20140649589 in the Official Records of the Los Angeles County Recorder's Office;

**Exhibit "4"**- A true and correct copy of the Notice of Trustee's Sale recorded on October 24, 2014 as Document No. 20141128029 in the Official Records of the Los Angeles County Recorder's Office;

**Exhibit "5"**- A copy of the Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property) entered on July 29, 2015 in the bankruptcy case no. 2:14-bk-32277-NB (the "Stay Relief Order");

**Exhibit "6"** – A copy of the Order Denying Motion for Reconsideration entered on August 27, 2015 in the bankruptcy case no. 2:14-bk-32277-NB; and

**Exhibit "7"**- A true and correct copy of the Notice of Trustee's Sale on November 20, 2015 as Document No. 20151459262 in the Official Records of the Los Angeles County Recorder's Office.

Federal Rule of Evidence 201 authorizes this Court to take judicial notice of such admissions because they are "not subject to reasonable dispute in that" they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed.Rule Evid. 201(b); *Singh v. Ashcroft*, 393 F.3d 903, 905 (9th Cir. 2004). Further, the Rule mandates that judicial notice be taken where it is "requested by a party and supplied with the necessary information," *id*. at 201(d), and authorizes judicial notice "at any stage of the proceeding," *id*. at 201(f).

Dated: March 30, 2016

Respectfully Submitted,
BUCKLEY MADOLE, P.C.

By /s/ Mark D. Estle
Mark D. Estle, Esq.
Attorney for Appellee

2

# PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. My business address is:

**14841 Dallas Parkway, Suite 300**
**Dallas, Texas 75254**

On March 30, 2016, I served the following document (s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPELLEE'S OPPOSITION TO PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION AGAINST ALL DEFENDANTS**

on the following interested parties in this action described as follows:

*Appellant*
Joseph A Gaytan
11850 Maple Street,
Whittier, California 90601

**[X]    BY UNITED STATES MAIL:**  On <u>March 30, 2016</u>, I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 30, 2016 | Bristol Cox | /s/ Bristol Cox |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |