# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 15-7250 JVS**  (2:14-bk-32277 NB) | Date | March 31, 2016 |
| Title | In re Joseph A. Gaytan: Joseph A. Gaytan v. The Bank of New York Mellon | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**
              **Order Denying Appellant's Verified Emergency Petition**


On March 29, 2016 at 10:54 a.m., appellant Joseph A. Gayton ("Gayton") manually filed in Los Angeles a Verified Emergency Petition seeking to restrain the foreclosure sale of his residence.  (Docket No. 18.)  Despite the fact that he was requesting emergency relief, he served the application by mail.  (Petition, Certificate of Service.)

The petition stated that a foreclosure sale would take place that day, March 29, 2016, but did not state the time.  (Id., ¶ 7.)  The Court is advised that the sale took place at 11:00 a.m. March 29, 2016.  (Docket No. 19, p. 2; see Tran Decl.)

The Motion is denied as moot.  In any event, the Court would have declined to exercise its equitable power where Gaytan obviously knew of the sale well before hand,[1] and proceeded in a manner that was sure to deprive the defendant Bank of an opportunity to be heard.  Those who seek equity must do equity.


| | |
|---|---|
| Initials of Preparer | kjt |

---

[1]The Notice of Sale attached to the petition indicates that the same was first set for December 16, 2015.