Case No. 2:15-cv-07250-JVS

# UNITED STATES COURT DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSEPH A. GAYTAN,

Appellant

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15,

Appellee

On Appeal from an Order of the United States Bankruptcy Court,

Central District of California, Los Angeles Division

The Honorable Neil W. Bason, Presiding Judge

Bankruptcy Case No.: 2:14-bk-32277-NB

# APPELLEE'S EXCERPTS OF RECORD

# IN SUPPORT OF BRIEF ON APPEAL

Mark D. Estle, Esq. (CA Bar No. 135004)
Erica T. Loftis, Esq. (CA Bar No. 259286)
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092
Mark.Estle@BuckleyMadole.com

*Attorneys for Appellee*

# INDEX TO EXCERPTS OF RECORD

| Tab No. | DOCUMENT | PAGES |
|---|---|---|
| 1 | Chapter 13 Voluntary Petition filed in Bankruptcy Case No. 2:14-bk-32277-NB (the "Bankruptcy Case") [ Docket No. 1] | 1 - 9 |
| 2 | Addendum to Voluntary Petition, including Schedules [Docket No. 15] | 10 - 54 |
| 3 | Addendum to Voluntary Petition, including Schedules [Docket No. 33] | 55 - 101 |
| 4 | Amended Summary of Schedules [Docket No. 66] | 102 - 116 |
| 5 | Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (with supporting Declaration) (Real Property) [Docket No. 69] | 117 - 159 |
| 6 | Emergency Motion for Extension of Time to File Objection to Relief from Stay (Objection Attached) [Docket No. 71] | 160 - 186 |
| 7 | Declaration of Joseph Gaytan in support of Emergency Motion for Extension of Time to File Objection to Relief from Stay [Docket No. 72] | 187 |
| 8 | Transcript of Proceedings from the Hearing Re: Motion for Relief from Stay Scheduled on July 21, 2015 [Docket No. 89] | 188 - 197 |
| 9 | Order Granting Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (Real Property) [Docket No. 74] | 198 - 203 |

| 10 | Order Denying Motion for Reconsideration [Docket No. 77] | 204 – 208 |
| 11 | Notice of Appeal and Statement of Election [Docket No. 79] | 209 - 212 |

Dated:  May 6, 2016                                      Respectfully Submitted,

                                                                          BUCKLEY MADOLE,

                                                                          By: /s/ Mark D. Estle
                                                                                Mark D. Estle, Esq.
                                                                                Attorney for Appellee