Mark D. Estle, Esq. (CA Bar No. 135004)
Erica T. Loftis, Esq. (CA Bar No. 259286)
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092
Mark.Estle@BuckleyMadole.com

Counsel for The Bank of New York Mellon
FKA The Bank of New York, as
Trustee for the certificateholders of
the CWABS, Inc., ASSET-BACKED
CERTIFICATES, SERIES 2006-15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| JOSEPH A. GAYTAN<br><br>         Appellant,<br><br>     vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15,<br><br>         Appellee. | Case No. 2:15-CV-07250-JVS<br><br>Honorable Judge James V. Selna<br><br>**SUPPLEMENTAL DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Pursuant to Rule 8009(e) of the Federal Rules of Bankruptcy Procedure, Appellee The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15 ("BONY" or "Appellee"), by and through its counsel of record Buckley Madole, P.C., hereby submits the following Supplemental Designation of Additional Items to be Included in the Record on Appeal, in order to supplement the record previously designated. Appellee designates the below document because it was prepared and executed only recently, well after Appellant had filed his Notice of Appeal.

**Exhibit "1"**- A true and correct copy of the Trustee's Deed Upon Sale recorded on April 13, 2016 as Document No. 20160408588 in the Official Records of the Los Angeles County Recorder's Office;

Dated: May 6, 2016                    Respectfully Submitted,

BUCKLEY MADOLE, P.C.

By: /s/ Mark D. Estle
      Mark D. Estle, Esq.
      Attorney for Appellee

**CERTIFICATE OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 East Ocean Boulevard, Suite 1720, Long Beach, California 90802.

On May 6, 2016, I served the foregoing document(s) described as: **SUPPLEMENTAL DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** on the following interested parties in this action described as follows:

SEE ATTACHED SERVICE LIST

☒ **BY PLACING** [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and transmitting via:

 ☒ **BY U.S. MAIL:** I caused such envelope(s) to be delivered by first-class mail. I am "readily familiar" with the firm's practice of collection and processing mail. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 ☒ **PERSONAL DELIVERY**: I caused such envelope(s) to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered California process service

☒ **FEDERAL**: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2016 at Long Beach, California.

May 6, 2016          Jennie Tran                           /s/ Jennie Tran
*Date*                    *Printed Name*                    *Signature*

# SERVICE LIST

*Joseph A. Gaytan v. The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-15*

USDC, Central District of California, Case No. 2:15-CV-07250-JVS

| **VIA U.S. MAIL** | Appellant Joseph A. Gaytan<br>11850 Maple Street,<br>Whittier, CA 90601 |
|---|---|
| **VIA PERSONAL DELIVERY** | Hon. James V. Selna<br>United States District Court<br>411 West Fourth Street, Room 1053,<br>Courtroom 10C – 10th Floor<br>Santa Ana, CA 92701 |