# EXHIBIT 1

**This page is part of your document - DO NOT DISCARD**



**20160408588**



**Pages:**
**0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**04/13/16 AT 08:00AM**

|         |       |
|---------|-------|
| FEES:   | 24.00 |
| TAXES:  |  0.00 |
| OTHER:  |  0.00 |
| PAID:   | 24.00 |



**L E A D S H E E T**





**SEQ:**
**01**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

16002140

E534013

**RECORDING REQUESTED BY:**

TITLE365

**WHEN RECORDED MAIL TO:**

GB Inland properties
110 N. Lincoln Avenue, Suite 100
Corona, CA  92882

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**TRUSTEES DEED UPON SALE**

Cover Page

RECORDING REQUESTED BY:

AND WHEN RECORDED TO:
GB Inland Properties, LLC
110 N Lincoln Ave, Suite 100
Corona, CA 92882

Forward Tax Statements to address:
Same as above

---

[SPACE ABOVE LINE FOR RECORDER'S USE ONLY]

TS #: **15-36538**

Order #:
APN: **8134-008-013**

THIS DOCUMENT IS FILED FOR RECORD
BY TITLE 365
AS AN ACCOMMODATION ONLY. IT HAS NOT
BEEN EXAMINED AS TO ITS EXECUTION
OR AS TO ITS EFFECT UPON THE TITLE.

# TRUSTEE'S DEED UPON SALE

A.P.N.: **8134-008-013**   Transfer Tax: **$0.00**   $472.45

"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"

The Grantee Herein **was not** The Foreclosing Beneficiary.
The Amount of The Unpaid Debt was **$523,977.18**
The Amount Paid By The Grantee Was **$429,500.00**
Said Property Is In The City of **WHITTIER**, County of **Los Angeles**

**LAW OFFICES OF LES ZIEVE,** as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to
**GB Inland Properties, LLC**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Los Angeles**, State of **CALIFORNIA**, described as follows:
LOT(S) 14 OF TRACT NO. 5183, IN THE CITY OF WHITTIER, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 96, PAGE(S) 55 AND 56 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
Property Address: 11850 MAPLE STREET
WHITTIER, California 90601

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **JOSEPH A GAYTAN AND ANITA SHELINE GAYTAN, HUSBAND AND WIFE AS JOINT TENANTS** as Trustor, dated **7/26/2006** of the Official Records in the office of the Recorder of **Los Angeles**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on **8/1/2006**, instrument number **06 1700977**, Book , Page   of Official records.

## TRUSTEE'S DEED UPON SALE

TS #: **15-36538**
Order #: ███████████

Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **3/29/2016**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$429,500.00**, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **LAW OFFICES OF LES ZIEVE**, as Trustee, has this day, caused its name to be hereunto.

Date: 4/8/16

**LAW OFFICES OF LES ZIEVE**

By: _____
Dalaysia Ramirez, Trustee Sale Officer

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Orange

On 4/8/16 before me, Barbara Mackenzie Notary Public personally appeared, Dalaysia Ramirez who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Barbara Mackenzie               (Seal)

BARBARA MACKENZIE
Commission # 1980245
Notary Public - California
Los Angeles County
My Comm. Expires Jun 27, 2016