UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 15-7250 JVS**  (2:14-bk-32277 NB) | Date  August 8, 2016 |
| Title | In re Joseph A. Gaytan: Joseph A. Gaytan v. The Bank of New York Mellon | |

Present: The Honorable    James V. Selna

| Ivette Gomez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   **Order DENYING Bankruptcy Appeal**

Appellant Joseph Gaytan ("Gaytan") appeals *pro se* from the bankruptcy court's order granting relief from an automatic stay and order denying the motion to reconsider relief from the automatic stay. Docket No. 17. The Court **denies** Gaytan's bankruptcy appeal as moot.

**1.     Introduction**

In December 2014, Gaytan filed for Chapter 13 bankruptcy. Docket No. 27-1 at 1-9. After an extension, Gaytan filed a bankruptcy schedule that listed, among other things, real property in Whittier, California (the "property"). Id. at 68. Several months later, on June 29, 2015, Appellee The Bank of New York Mellon ("Bank"),[1] as the secured creditor under the loan securing the property, moved for relief from the automatic stay to proceed with foreclosure. Id. at 117-59. After full briefing, on July 29, 2015, the bankruptcy court granted the Bank relief from the automatic stay. Id. at 198-203.

On August 12, 2015, Gaytan filed a motion requesting that the bankruptcy reconsider its order granting relief from the automatic stay. Id. at 205. Two weeks later,

---

[1] In support of its opposition, the Bank requests judicial notice of seven documents, five are county land records regarding the property and two are orders filed in the underlying bankruptcy action. Docket No. 20. Because the Court can take judicial notice of both country land records and documents on file with federal courts, the Court **grants** the Bank's request for judicial notice. Harris v. Cty. of Orange, 682 F.3d 1126, 1133 (9th Cir. 2012) (federal court filings); Rosal v. First Fed. Bank of Cal., 671 F. Supp. 2d 1111, 1121 (N.D. Cal. 2009) (county land records).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 15-7250 JVS** (2:14-bk-32277 NB) | Date | August 8, 2016 |
| Title | In re Joseph A. Gaytan: Joseph A. Gaytan v. The Bank of New York Mellon | | |

on August 27, 2015, the bankruptcy court denied reconsideration of the order. Id. at 204-08. Several days after that, on September 9, 2015, Gaytan filed the present appeal. Id. at 209-12. Gaytan did not move to stay foreclosure pending the bankruptcy appeal.

After the bankruptcy court denied reconsideration of the order relieving the stay, the Bank proceeded with foreclosure of the property. Docket No. 28-1. The foreclosure sale was held on March 29, 2016, and the property was purchased by third-party GB Inland Properties LLC. Id.

## 2. Analysis

An appellant's failure to seek a stay of foreclosure proceedings pending his bankruptcy appeal renders the appeal moot. In re Nat'l Mass Media Telecomm. Sys., Inc., 152 F.3d 1178, 1180 (9th Cir. 1998); see also In re Townley, 553 F. App'x 731, 732 (9th Cir. 2014) (unpublished) ("The BAP properly dismissed the appeal as moot because the debtors failed to seek a stay of the foreclosure sale pending appeal."). Here, Gaytan failed to seek a stay of the foreclosure proceedings on the property pending his appeal, and the property was sold to third-party GB Inland Properties LLC at the foreclosure sale on March 29, 2016. Gaytan's failure to stay foreclosure of the property moots his appeal. Accordingly, the appeal must be dismissed as moot.

## 3. Conclusion

For the reasons stated above, the Court **denies** Gaytan's bankruptcy appeal as moot. The Court **vacates** the hearing scheduled for August 15, 2016 at 3:00pm. Fed. R. Civ. P. 78; L.R. 7-15.

IT IS SO ORDERED.

| | 0 : 00 |
|---|---|
| Initials of Preparer: | ig for kjt |